**UNITED STATES BANKRUPTCY COURT**                              **Eastern DISTRICT of PENNSYLVANIA**

In re   CLINTON J. SANDERS                                                          Debtor(s) Case No.  17-10511

## AMENDED CHAPTER 13 PLAN

*(If this form is used by joint debtors wherever the word "debtor"*
*or words referring to debtor are used they shall be read as if in the plural.)*

1. TOTAL BASE PLAN: $45,280.56. TIERED FUNDING: The debtor has paid $4,800.00 to date. -- The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of **$749.64 monthly** for the remaining 54 months of their 60 month plan, beginning with their payment due August 24, 2017.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. § 507.

   1. Trustee Fees- Percentage fees payable to the trustee will be paid at the rate fixed by the United States Trustee, not to exceed 10%.
   2. Attorney Fees- The amount of **$2,000.00** in the plan.

   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

   1. $37,617.13 to Wells Fargo for mortgage arrears on home per Proof of Claim No. 2. Debtor to resume monthly mortgage payments outside of Plan.

   (c) Subsequent to – pro rata dividends to secured creditors, dividends to unsecured   creditors whose claims are duly allowed as follows:

   100% to unsecured creditors that have filed timely proof of claims.

3. The following executory contracts of the debtor are rejected:

   Title to the debtor's property shall revest in the debtor on confirmation of a plan –
   upon dismissal of the case after confirmation pursuant to U.S.C. § 350.

Date: August 7, 2017                                                                  /s/Paul H. Young
                                                                                       Paul H. Young, Esquire